■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICKI A. TAYLOR, Appellant. [41 NYS3d 894]—Appeal from judgment, Supreme Court, New York County (Thomas Farber, J.), rendered October 29, 2013, convicting defendant, upon her plea of guilty, of grand larceny in the third degree, and sentencing her to a conditional discharge for a period of three years, held in abeyance, and the matter remitted to Supreme Court for a *Huntley* hearing.

As the People concede, defendant's allegation that her statements to an investigator were involuntarily made was sufficient to require a hearing on her motion to suppress those statements (*see* CPL 710.60 [3] [b]). However, to the extent defendant characterizes the relief she requests as a *"Dunaway/ Huntley"* hearing, we find that her factual allegations were insufficient to raise any Fourth Amendment issue. Concur— Acosta, J.P., Andrias, Moskowitz, Gische and Webber, JJ.